MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3689
   Fax: (510) 637-3724
   E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ 12-71312 MAG |
|    Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO SET PRELIMINARY HEARING OR ARRAIGNMENT ON MARCH 8, 2013 |
| JOHN LEE COBB, | |
|    Defendant. | |

    The above-captioned matter was previously set on February 4, 2013 before Magistrate Judge Donna M. Ryu for a preliminary hearing or arraignment.  The parties request that this Court set this matter for a preliminary hearing or arraignment on March 8, 2013 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between February 4, 2013 and March 8, 2013.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIPULATION AND EXCLUSION OF TIME
MJ 12-71312 MAG

1

1  Such continuance is required because the government has produced discovery, and
2  defense counsel needs time to review the discovery and, in addition, research legal and
3  factual issues. This continuance will allow the reasonable time necessary for effective
4  preparation taking into account the exercise of due diligence.

5  As such, the parties respectfully request that the time between February 4, 2013
6  and March 8, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: January 31, 2013            Respectfully submitted,

                                   MELINDA HAAG
                                   United States Attorney

                                      /s/
                                   RODNEY C. VILLAZOR
                                   Assistant United States Attorney

                                      /s/
                                   JOYCE LEAVITT
                                   Attorney for John Lee Cobb

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until March 8, 2013 at 9:30 a.m. before the Magistrate Court, and time is excluded until March 8, 2013.

**IT IS SO ORDERED.**

DATED: 1/30/13

                                   KANDIS A. WESTMORE
                                   United States Magistrate Judge

STIPULATION AND EXCLUSION OF TIME
MJ 12-71312 MAG

2