MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3689
Fax: (510) 637-3724
E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

**FILED**
FEB 26 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0096 YGR |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO SET STATUS CONFERENCE ON MARCH 14, 2013 |
| JOHN LEE COBB, | |
| Defendant. | |

The defendant, JOHN LEE COBB, represented by Joyce Leavitt, Esquire, and the government, represented by RODNEY VILLAZOR, Assistant United States Attorney, appeared before the Court on February 22, 2013 for a bail hearing and arraignment. The parties represented that discovery had been produced to the defendant, and the Court set the matter for a status conference before U.S. District Judge Yvonne Gonzalez Rogers on March 14, 2013 at 2:00 p.m. Both counsel requested that time be excluded under the Speedy Trial Act between February 22, 2013 and March 14, 2013 because defense counsel needs the time to review discovery and conduct her own investigation.

STIPULATION AND EXCLUSION OF TIME
CR 13-0096 YGR

1  Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 22, 2013 and March 14, 2013 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 22, 2013 and March 14, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 22, 2013 and March 14, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: February 26, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Rodney C. Villazor
RODNEY C. VILLAZOR
Assistant United States Attorney

/s/ Joyce Leavitt
JOYCE LEAVITT
Attorney for JOHN LEE COBB

## ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until March 14, 2013 at 2:00 p.m. before U.S. District Judge Gonzalez Rogers, and time is excluded until March 14, 2013.

**IT IS SO ORDERED.**

DATED: 02/26/13

Kandis Westmore
KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND EXCLUSION OF TIME
CR 13-0096 YGR