STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500
Counsel for Defendant COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 13-0096 YGR |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA: EXCLUSION OF TIME |
| | ) | |
| JOHN LEE COBB, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case with respect to John Lee Cobb, currently scheduled for Thursday, May 2, 2013, at 2:00 p.m., may be continued to Thursday, May 23, 2013, at 10:00 a.m. for change of plea. Defense counsel needs additional time to review the discovery and plea agreement with Mr. Cobb prior to the change of plea and is also conducting investigation into mitigation for sentencing. Mr. Cobb is currently at a residential drug treatment program and has a status appearance on May 23, 2013 at 9:30 a.m. before the magistrate regarding his progress in the program. He could then appear before this Court at 10:00 a.m. for change of plea.

The parties stipulate that the time from May 2, 2013, to May 23, 2013, should be excluded in

*U S v. Cobb*, CR 13-0096 YGR; Stip. Re COP        - 1 -

accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for adequate preparation of counsel so counsel can meet with Mr. Cobb, review the agreement and prepare for sentencing.

DATED: 4/29/13              /s/
                            JOYCE LEAVITT
                            Assistant Federal Public Defender

DATED: 4/29/13              /s/
                            RODNEY VILLAZOR
                            Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case with respect to John Lee Cobb, currently scheduled for Thursday, May 2, 2013, at 2:00 p.m., may be continued to Thursday, May 23, 2013, at 10:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from May 2, 2013, to May 23, 2013, is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for adequate preparation of counsel so counsel can meet with Mr. Cobb to review the agreement and continue investigation in preparation for sentencing.  The Court finds there is good cause and that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.  Failure to grant the continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: April 29, 2013       _____
                            HON. YVONNE GONZALEZ ROGERS
                            United States District Judge