1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   RODNEY C. VILLAZOR (NYBN 4003596)
    Assistant United States Attorney

5
     1301 Clay Street, Suite 340-S
6   Oakland, CA  94612
    Telephone: (510) 637-3689
7   Fax: (510) 637-3724
    E-mail: rodney.villazor@usdoj.gov

8

9   Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND BRANCH

14   UNITED STATES OF AMERICA,        )     No. CR 13-00096 YGR
                                      )
15            Plaintiff,              )
                                      )
16      v.                            )     STIPULATION AND [PROPOSED]
                                      )     ORDER TO SET CHANGE OF PLEA
17                                    )     HEARING ON JUNE 20, 2013
     JOHN LEE COBB,                   )
18                                    )
              Defendant.              )
19                                    )

20

21        The above-captioned matter is currently set on May 23, 2013 before the Court for

22   change of plea hearing or trial setting.  The parties request that this Court set this matter

23   for a change of plea hearing on June 20, 2013 at 2:00 p.m., and that the Court exclude

24   time under the Speedy Trial Act between May 23, 2013 and June 20, 2013.  The parties

25   stipulate that the time is excludable from the time limitations of the Speedy Trial Act

26   because the interests of justice are served by granting a continuance, pursuant to 18

27   U.S.C. § 3161(h)(7)(A) and (B)(iv).

28
     STIPULATION AND EXCLUSION OF TIME
     CR 13-00096 YGR
                                         1

1    Such continuance is required because defense counsel needs time to research legal

2  and factual issues in order to finalize the terms of the plea agreement.  This continuance

3  will allow the reasonable time necessary for effective preparation taking into account the

4  exercise of due diligence.   As such, the parties respectfully request that the time between

5  May 23, 2013 and June 20, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

6

7  DATED:  May 22, 2013                          Respectfully submitted,

8                                                MELINDA HAAG
                                                 United States Attorney
9
                                                   */s/ Rodney C. Villazor*
10                                               RODNEY C. VILLAZOR
                                                 Assistant United States Attorney
11
                                                   */s/ Joyce Leavitt*
12                                               JOYCE LEAVITT
                                                 Attorney for JOHN LEE COBB
13

14                                    **ORDER**

15    Based on the reason provided in the stipulation of the parties above, the Court

16  hereby FINDS that for adequate preparation of the case by all parties, and in the interest

17  of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is

18  warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY

19  ORDERED THAT the hearing is continued until June 20, 2013 at 2:00 p.m. before the

20  Court, and time is excluded until June 20, 2013.

21    **IT IS SO ORDERED.**

22

23  DATED: May 22, 2013

24                                               YVONNE GONZALEZ ROGERS
                                                 United States District Judge

25

26

27

28

STIPULATION AND EXCLUSION OF TIME
CR 13-00096 YGR