STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: joyce_leavitt@fd.org

Attorneys for JOHN COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-00096 YGR |
| Plaintiff, | ORDER RELEASING DEFENDANT |
| v. | |
| JOHN COBB, | |
| Defendant. | |

On December 15, 2017, the Court agreed to release defendant John Cobb to a halfway house once a bedspace become available. Probation Office Nicole Brow advised that defendant will be able to go the San Francisco RRC at 111 Taylor Street in San Francisco, CA on January 3, 2018.

Therefore, it is hereby

ORDERED that Defendant JOHN COBB be RELEASED from the custody of the United States Marshals Service on the morning of Wednesday January 3, 2018, after which he is ORDERED to report immediately to the San Francisco RRC at 111 Taylor Street in San Francisco, CA, where he shall follow the rules and regulations of that facility and continue to reside under the terms of his

cc: Copy to parties via ECF, 2 certified copies to US Marshal, Prob.

1 | Pretrial Release.
2 |
3 |
4 | DATED: 12/28/17
5 |
6 | _____
    HON. DONNA M. RYU
    UNITED STATES MAGISTRATE JUDGE